UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Southern Division

EFREM WALKER, Individually,          :
                                     :
            Plaintiff,               :
                                     :
v.                                   :   Case No. 2:11-cv-12023
                                     :
BROOKSIDE DEVELOPMENT LLC,           :
A Limited Liability Company          :
                                     :
and                                  :
                                     :
BROOKSIDE DEVELOPMENT CO. TWO LLC
A Domestic Limited Liability Company

            Defendant.
_____/

/s/ Pete M. Monismith                    /s/ Thomas R. Paxton  _
PETE M. MONISMITH                        Thomas R. Paxton
PETE M. MONISMITH, PC                    Garan Lucow Miller, PC
3945 Forbes Avenue,                      1000 Woodbridge Street
Suite #175                               Detroit, MI 48207
Pittsburg, Pennsylvania  15213           (810) 227-3103 x 10
Telephone:  (724) 610-1881               (810) 220-5968
Facsimile (412) 258-1309                 tpaxton@garanlucow.com
Pete@monismithlaw.com                    *Attorneys for Defendant*
*Attorneys for Plaintiff*

---

### **STIPULATED ORDER OF DISMISSAL, WITH PREJUDICE**

At a session of said Court, held in the U.S. District Court for the
Western District of Michigan,
        On:                April 9, 2012
        _____
            PRESENT:  Marianne O. Battani
            United States District Court Judge

The parties having stipulated to the entry of an Order dismissing the case with prejudice, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

s/Marianne O Batani

_____

Honorable Marianne O. Battani
United States District Court Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order of Dismissal, With Prejudice.

/s/ Pete M. Monismith
PETE M. MONISMITH
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburg, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

Dated: April 6, 2012

By: /s/ Thomas R. Paxton _
Thomas R. Paxton
Garan Lucow Miller, PC
1000 Woodbridge Street
Detroit, MI 48207
(810) 227-3103 x 10
(810) 220-5968
tpaxton@garanlucow.com
*Attorneys for Defendant*

Dated: April 6, 2012